## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**SHERRY A. HELMS,**

**Plaintiff,**

**vs.**                                                                    **Case No. 5:04cv177-RH/WCS**

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

**Defendant.**

_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon Defendant's motion for Final Judgment.

Doc. 14.  On September 1, 2005, the Administrative Law Judge entered a favorable

decision which found Plaintiff to be eligible for benefits.  Defendant is requesting the

court to enter Final Judgment.

Accordingly, it is respectfully **RECOMMENDED** that the Clerk enter Final

Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IN CHAMBERS** at Tallahassee, Florida, on October 24, 2005.

 s/      William C. Sherrill, Jr.          
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

      **A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**