IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SHERRY A. HELMS,

    Plaintiff,

vs.                                        CASE NO. 5:04cv177-RS

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

This cause is before the Court upon the Magistrate Judge's Report and Recommendation dated October 24, 2005 (Doc. 15).

IT IS ORDERED:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Clerk is ordered to enter final judgment which confirms the decision of the U.S. Administrative Law Judge dated September 1, 2005 (Doc. 14-2).

ORDERED on December 2, 2005.

                                  /S/ Richard Smoak
                                **RICHARD SMOAK**
                                **UNITED STATES DISTRICT JUDGE**